NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                              Criminal Number __18-cr-255__

__AHMADREZA DOOSTDAR__
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

IL Bar ID: 0697966
(Attorney & Bar ID Number)

Durkin & Roberts
(Firm Name)

2446 N. Clark Street
(Street Address)

Chicago, IL 60614
(City)    (State)    (Zip)

312-981-0123
(Telephone Number)