# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | No. 1:18-Cr-255 (PLF) |
| v. | : | |
| | : | |
| | : | |
| AHMADREZA DOOSTDAR and | : | |
| MAJID GHORBANI | : | |

## JOINT PROPOSED PRETRIAL SCHEDULING ORDER

Pursuant to the Court's Minute Order of July 15, 2019, the parties hereby submit the following joint proposed pretrial schedule.

|  | *Proposed Deadlines* |
|---|---|
| **Discovery & Associated Deadlines** | |
| Superseding Indictment (if any) | 8/16/2019 |
| Government to complete discovery under any superseding indictment | 8/30/2019 |
| | |
| **Expert Notices & Other Crimes** | |
| Government's expert notice (FRE 701 & 702) | 9/27/2019 |
| Government's FRE 404(b) notice | 9/27/2019 |
| Defendant's expert notice (FRE 701 & 702) | 10/25/2019 |
| | |
| **Motions (including evidentiary, non-evidentiary, and motions in limine)** | |
| Motions | 10/25/2019 |
| Responses | 11/08/2019 |
| Replies | 11/15/2019 |
| | |
| **CIPA Litigation**[1] | |
| Defendants' Section 5 Notice(s) | 9/27/2019 |
| Govt's Section 6(a) Motion & 6(b) Notice | 11/1/2019 |
| CIPA Section 6(a) hearing, if any | 11/25/2019 |

---

[1]The parties are unable to agree on whether any additional CIPA filings are required. The government may file a separate request for additional filing requirements and deadlines.

**Giglio and Jencks material**                                          11/11/2019

**Voir Dire and Jury Instructions**                                     11/25/2019

**Witness and Exhibit Lists**
Government                                                              11/25/2019
Defendant                                                               12/2/2019

  The parties also suggest that the Court schedule a hearing on pretrial motions, including

motions in limine, for a date during the week of November 18, 2019, preferably on Monday,

November 18, 2019.[2]

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

         /s/
        _____
        MARY MANNING PETRAS
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C.  20004
        (202) 208-7500
        Counsel for Mr. Ghorbani

         /s/
        _____
        THOMAS ANTHONY DURKIN
        DURKIN & ROBERTS
        2446 North Clark Street
        Chicago, Illinois 60614
        Tel: 312-981-0123
        tdurkin@durkinroberts.com
        Counsel for Mr. Doostar

---

[2] Counsel for Mr. Ghorbani notes that the Court has scheduled a trial in *United States v. Derrick Wills*, during that week.  However, counsel expects that the parties in that matter will soon move to vacate that trial date.

/s/
_____

JOSHUA G. HERMAN
LAW OFFICE OF JOSHUA G. HERMAN
53 W. Jackson, Blvd., Suite 457
Chicago, IL 60604
Tel: 312-909-0434
jherman@joshhermanlaw.com
Counsel for Mr. Doostar


/s/
_____

JOCELYN BALLANTINE
ERIK KENERSON
JOLIE F. ZIMMERMAN
Assistant United States Attorneys
CA Bar No. 208267 (Ballantine)
Ohio Bar Number 82960 (Kenerson)
D.C. Bar No. 465110 (Zimmerman)
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7252 (Ballantine)
           202-252-7201 (Kenerson)
           202-252-7220 (Zimmerman
Email: Jocelyn.Ballantine2@usdoj.gov
       Erik.Kenerson@usdoj.gov
       Jolie.Zimmerman@usdoj.gov
Counsel for the United States