UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :   Criminal Case:  18-255 (PLF) |
| v. | : |
| | : |
| AHMADREZA MOHAMMADI DOOSTDAR, | : |
| | : |
| Defendant. | : |

## STATEMENT OF OFFENSE

Pursuant to the Federal Rules of Criminal Procedure 11, the United States and Defendant Ahmadreza Doostdar stipulate and agree that the following facts are true and accurate. These facts do not constitute all facts known to the parties concerning the charged offense and covered conduct. This statement is being submitted by the parties to demonstrate that sufficient facts exist to establish that the defendant committed the offense to which he is pleading guilty.

### Statement of Facts

Ahmadreza Doostdar ("Doostdar" or "the defendant") is a dual citizen of the United States and the Islamic Republic of Iran. Beginning no later than in or around March of 2017, and continuing through his arrest on August 9, 2018, Doostdar, his co-defendant Majid Ghorbani, and others conspired to cause Doostdar and Ghorbani to act as agents of the Government of Iran in the United States without notifying the Attorney General. In furtherance of that conspiracy, Doostdar traveled to the United States on three occasions in order to meet with and convey directions for Ghorbani's activities on behalf of the Government of Iran.

Doostdar first travelled to the United States as an agent of the Government of Iran in July 2017. Prior to the trip, Doostdar's Government of Iran handler identified Ghorbani by name and told Doostdar that he worked at a Persian restaurant in Costa Mesa, California. Doostdar's Government of Iran handler showed Doostdar a photograph of Ghorbani so that Doostdar would be able to recognize him when they met. The Government of Iran handler also instructed Doostdar that Ghorbani would probably have photos for him, and that Doostdar should try to get electronic versions of any photographs from Ghorbani.

On July 19, 2017, Doostdar traveled from Tehran, Iran, to Chicago, Illinois. After Doostdar arrived in the United States, he communicated to his Government of Iran handler, through Coconspirator A, using coded language, that he had arrived safely, but that he had been searched at the border. The Government of Iran handler reassured Doostdar, through Coconspirator A, that there was no need to worry about the search. During these communications, Coconspirator A and the Government of Iran handler referred to Doostdar using the code name "Amir."

On July 25, 2017, Doostdar traveled from Chicago, Illinois, to Costa Mesa, California. On July 26, 2017, Doostdar introduced himself to Ghorbani at the Persian restaurant where Ghorbani worked. After this first meeting, Doostdar asked Coconspirator A to confirm with the Government of Iran handler that the person he was supposed to meet with—Ghorbani—also used the name "Hamid." Doostdar's Government of Iran handler instructed Doostdar, through Coconspirator A, to give $3,000 to Ghorbani if Ghorbani was willing to continue working on behalf of the Government of Iran within the United States and to ask Ghorbani if Ghorbani could travel to Iran.

On July 27, 2017, Ghorbani and Doostdar met for approximately one hour. During this meeting, Ghorbani said he was willing to work for the Government of Iran in the United States but that he was busy and would need to be compensated. Ghorbani also told Doostdar that Ghorbani

should be referred to as "Uncle Sohrab." Doostdar gave Ghorbani $3,000 during this meeting, as instructed by his Government of Iran handler, and told Ghorbani that he would return to get information from Ghorbani later.

On July 29, 2017, Ghorbani and Doostdar met for approximately one hour. During the meeting, Ghorbani informed Doostdar that Ghorbani would come to Iran during Eid, and that Ghorbani would bring additional materials with him at that time. Doostdar provided reports of both the July 28 and 29 meetings with Ghorbani to his Government of Iran handler, through Coconspirator A. On July 30, 2017, Doostdar departed the United States to return to Iran.

On September 19, 2017, while in Iran and in furtherance of the conspiracy, Doostdar reserved a rental apartment in Costa Mesa, California, for December 9-13, 2017. He also reserved round-trip airline tickets from Tehran to Los Angeles via Chicago, Illinois.

On December 4, 2017, Doostdar travelled from Tehran, Iran, to Chicago, Illinois. When interviewed by Customs and Border Protection at O'Hare International Airport, Doostdar said that he did not visit anyone in California during his trip in July 2017. He also did not disclose that he was planning to visit with anyone in California on the December 2017 trip.

On December 9, 2017, Doostdar traveled from Chicago, Illinois, to Costa Mesa, California. On December 10, 2017, Doostdar called Ghorbani from a pay phone in Costa Mesa, California. Doostdar identified himself as "Amir Mohajir" and, when Ghorbani did not immediately recognize him, Doostdar reminded Ghorbani "you are Uncle Sohrab!" The two men agreed to meet later that day. During this meeting, Ghorbani reported to Doostdar that he had taken photographs and collected information at a Mujahedien-e-Khalq (MEK) rally that Ghorbani had attended on September 20, 2017. Doostdar provided Ghorbani with a flash drive to copy the photographs onto. Doostdar passed the instructions on to Ghorbani to save his information on the flash drive in a

scattered format. Ghorbani replied that he just had "10-12 photos," and Doostdar said that was good, and to just "explain what those are." Also during this meeting, Ghorbani told Doostdar that he would be traveling to Iran in March 2018. In response to Ghorbani, Doostdar confirmed that certain individuals would be available to meet with Ghorbani in Iran.

On December 11, 2017, Ghorbani and Doostdar met again in Costa Mesa, California. Ghorbani provided Doostdar with printed photographs from the MEK rally, as well as the electronic copies Doostdar had instructed him to provide. Doostdar paid Ghorbani $2,000 that had been provided by Doostdar's Government of Iran handler, for which Ghorbani signed a receipt, stating, "I, Uncle Sohrab, received $2,000."

Doostdar departed the United States to return to Iran on or about December 12, 2017. As he awaited his outbound flight at Los Angeles International Airport, Doostdar carried the receipt from Ghorbani in his hand-carry luggage, along with the flash drive he had provided to Ghorbani, and onto which Ghorbani had copied the photographs from the MEK rally. In Doostdar's checked luggage, he carried an envelope folded in a pair of boxer shorts and containing photographs from the MEK rally, with hand-written notes on the back that listed the identities and positions of the individuals depicted in the photographs.

After Doostdar returned to Iran, he gave the photos from Ghorbani to his Government of Iran handler.

On May 14, 2018, after Ghorbani had traveled to Iran, and after he had attended a rally critical of the Iranian regime in Washington, D.C., Doostdar and Ghorbani spoke by telephone. In this conversation, Doostdar and Ghorbani discussed the methods that Ghorbani could use to provide the information he had collected at the Washington, DC, rally to Doostdar in Iran.

On July 19, 2018, Doostdar traveled from Tehran, Iran, to Chicago, Illinois. On July 19, 2018, Doostdar entered the United States carrying $16,000 in cash. On July 27, 2018, Doostdar made three unsuccessful attempts to call Ghorbani from a payphone in Chicago, Illinois. Before August 9, 2018, Doostdar purchased a ticket to travel from Chicago, Illinois, to Los Angeles, California, on August 20, 2018.

Doostdar failed to notify the Attorney General, whose office at the Department of Justice is located in the District of Columbia, that he and Ghorbani would be acting in the United States as agents of the Government of Iran, as required by 18 U.S.C. § 951. At no time was Doostdar or Ghorbani a duly accredited diplomatic or consular officer; an officially and publicly acknowledged and sponsored official or representative Iran; or an officially and publicly acknowledged and sponsored staff member, employee, or representative thereof.

**DEFENDANT'S ACKNOWLEDGMENT**

The preceding statement is a summary made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. I make this statement knowingly and voluntarily, and I stipulate and agree that this Statement of Offense concerning my actions is true and accurate. I have read every page of this Statement of Offense and have discussed it with my attorneys Thomas Anthony Durkin and Joshua G. Herman. I am fully satisfied with the legal services provided to me in connection with this plea. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

Date: 10/8/19

Ahmadreza Mohammadi Doostdar
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this Statement of Offense and have reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of Offense as true and accurate.

Date: 10.8.19

Thomas Anthony Durkin
Attorney for Defendant

Date: 10.8.19

Joshua G. Herman
Attorney for Defendant