UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                            |   |                              |
|----------------------------|---|------------------------------|
| UNITED STATES OF AMERICA   | ) |                              |
|                            | ) |                              |
| v.                         | ) | Criminal No. 18-0255-1 (PLF) |
|                            | ) |                              |
| AHMADREZA DOOSTDAR,        | ) |                              |
|                            | ) |                              |
| Defendant.                 | ) |                              |

MEMORANDUM OPINION AND ORDER

This matter is before the Court on the Government's Motion to Modify Scheduling Order [Dkt. No. 91] and Continue Sentencing Date [Dkt. No. 89] with respect to defendant Ahmadreza Doostdar. The Court has carefully considered the government's motion, the opposition to the motion filed by defendant, and the government's reply. The Court will grant the government's motions.

In a case like this, where two defendants have jointly engaged in criminal conduct and where the offenses to which each has pled grow out of the same nucleus of facts, the Court finds it useful to have the presentence investigation reports and sentencing memoranda of both defendants before it simultaneously. This enables the Court to fairly weigh the conduct and relative culpability of each defendant. The current schedule will not permit that to be done. The Court finds that the interests of justice and judicial economy are best served if the Court has all relevant information before it at the same time and prior to sentencing each defendant. The Court will give individual attention to the facts, circumstances, and background of each defendant when fashioning the appropriate sentence for each. For these reasons, the Court will

continue the current sentencing date for defendant Doostdar and schedule his sentencing on the same day (although not at the same time) as that of his co-defendant, Majid Ghorbani. It will also modify the schedule for the filing of sentencing memoranda. Accordingly, it is hereby

ORDERED that the Government's Motions to Modify Scheduling Order [Dkt. No. 91] and to Continue Sentencing Date [Dkt. No. 89] are GRANTED; it is

FURTHER ORDERED that defendant Doostdar's scheduled sentencing date of December 17, 2019 is VACATED; it is

FURTHER ORDERED that the sentencing for Mr. Doostdar is RESCHEDULED to January 15, 2020 at 2:00 p.m.; it is

FURTHER ORDERED that the schedule for the filing of sentencing memoranda set forth in the Court's Order of October 8, 2019 is VACATED and revised as follows: Any party wishing to file a memorandum in aid of sentencing shall do so on or before January 6, 2020; and any response to such a memorandum shall be filed on or before January 10, 2020; it is

FURTHER ORDERED that any motion for an extension of time in which to file papers shall be filed at least four days prior to the deadline the motion is seeking to extend, and shall include (1) the number of previous extensions of time granted, (2) the good cause supporting the motion, (3) a statement of the effect that the granting of the motion will have on existing deadlines, and (4) a statement of the opposing party's position with respect to the motion; and it is

FURTHER ORDERED that any motion to reschedule the sentencing shall be filed (and hand-delivered or faxed to the Chambers of this Court and to opposing counsel) on or before January 10, 2020, and shall state (1) the good cause supporting the motion, (2) a statement of the opposing party's position with respect to the motion, and (3) four alternative dates and

times that are convenient to both parties. In the absence of such a timely motion by one or both parties, sentencing shall take place as scheduled.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 4, 2019