# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 18-255 (PLF) |
| | ) | |
| AHMADREZA DOOSTDAR, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO COMPEL DISCLOSURE OF RECOMMENDATION**

Defendant, **AHMADREZA DOOSTDAR**, by and through his attorneys **THOMAS ANTHONY DURKIN** and **JOSHUA G. HERMAN**, respectfully moves this Honorable Court to compel the United States Probation Office to provide the parties with a copy of the sentencing recommendation that the Probation Office submits to the Court. The government does not oppose this motion, provided that the disclosure is made to both the government and the defense. The Probation Office does not object to this request.

In support of this motion, Mr. Doostdar, through counsel, shows to the Court the following:

1. On October 8, 2019, Mr. Doostdar pled guilty pursuant to a plea agreement to Counts 1 and 2 of the Superseding Indictment, which charged Conspiracy to Act as an Agent of a Foreign Government, in violation of 18 U.S.C. §371, and Acting as an Agent of a Foreign Government, in violation of 18 U.S.C. §951. (Dkt. #75). Sentencing was originally set for December 17, 2019, and was then continued to January 15, 2020, on the government's motion.

2. On January 2, 2020, counsel for co-defendant Majid Ghorbani filed an unopposed motion to compel the disclosure of the sentencing recommendation prepared by the Probation

Office. (Dkt. #95). That pleading explains how the Probation Office will submit to the Court a sentencing recommendation, but it will not disclose that recommendation to the parties absent an order from the Court. The pleading also discusses governing legal standards, policies of other federal district judges in this district concerning the disclosure of recommendations, and the practices regarding such disclosure in other circuits. In so doing, the pleading identifies several important points that justify the disclosure of sentencing recommendations. Rather than repeat those arguments here, counsel for Mr. Doostdar adopt that pleading as a whole. Those arguments apply equally to Mr. Doostdar, as does the relief requested.

3. As noted above, the government does not oppose this motion and the relief requested, provided that the disclosure of the sentencing recommendation is made to both the government and the defense. Undersigned counsel have also conferred with the Probation Officer, who has advised counsel that the Probation Office does not object to this request.

WHEREFORE, for the foregoing reasons, as well as the arguments set forth in Mr. Ghorbani's Unopposed Motion to Compel (Dkt. #95), which are adopted herein, Mr. Doostdar respectfully moves this Honorable Court for its Order requiring the Probation Office to disclose its sentencing recommendation to the government and defense.

                                        Respectfully submitted,

                                        /s/Thomas Anthony Durkin
                                        **THOMAS ANTHONY DURKIN,**

                                        /s/ Joshua G. Herman
                                        **JOSHUA G. HERMAN**.

**DURKIN & ROBERTS**
515 W. Arlington Place
Chicago, Illinois 60614
(312) 913-9300
tdurkin@durkinroberts.com

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 457
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com

## CERTIFICATE OF SERVICE

  Joshua G. Herman, Attorney at Law, hereby certifies that the foregoing Unopposed Motion to Compel Disclosure of Sentencing Recommendation was filed on January 3, 2020, through the Court's Electronic Case Filing (ECF) system and thereby delivered to all counsel of record.

/s/ Joshua G. Herman
**JOSHUA G. HERMAN**.
53 W. Jackson, Blvd., Suite 457
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com