# ATTACHMENT 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x
                              :
UNITED STATES OF AMERICA      :
                              :
        v.                    :
                              :   Case No: 2017-R-02189
AHMADREZA MOHAMMADI DOOSTDAR  :
                              :
- - - - - - - - - - - - - - -x

CD Transcription

Interview of:   Ahmadreza Mohammadi-Doostdar

Diversified Reporting Services, Inc.
1426 Duke Street
Alexandria, Virginia 22314
(202) 467-9200

1  pictures to me.  Even going and seeing the guy and
2  everything.  It's -- 'cause I didn't know him.
3           FEMALE AGENT:  Oh, when you first approached him,
4  you didn't know him?
5           AHMADREZA MOHAMMADI-DOOSTDAR:  No.
6           FEMALE AGENT:  How'd you find him?
7           AHMADREZA MOHAMMADI-DOOSTDAR:  At the restaurant.
8  I saw him at the restaurant so, um --
9           FEMALE AGENT:  So you were told to just find this
10 guy and get the photos?
11          AHMADREZA MOHAMMADI-DOOSTDAR:  Yeah.
12          FEMALE AGENT:  And then pay him?
13          AHMADREZA MOHAMMADI-DOOSTDAR:  Yeah.
14          FEMALE AGENT:  Was he -- was Hamid expecting you
15 when you -- when he first saw you at the restaurant?
16          AHMADREZA MOHAMMADI-DOOSTDAR:  I can't say, um --
17 at least he acted like he didn't know me.
18          FEMALE AGENT:  He didn't know?
19          AHMADREZA MOHAMMADI-DOOSTDAR:  At least, I mean
20 --
21          FEMALE AGENT:  That's how you felt?
22          AHMADREZA MOHAMMADI-DOOSTDAR:  -- unless he's an
23 FBI agent, but that's -- that's what I felt, I mean --
24          FEMALE AGENT:  And you said oh, I have something
25 for you?

Diversified Reporting Services, Inc.
Alexandria, Virginia 22314
Phone: 202-467-9208
Fax: 202-292-1254

Diversified Reporting Services, Inc.
1426 Duke Street
Alexandria, Virginia 22314
(202) 467-9200

1    AHMADREZA MOHAMMADI-DOOSTDAR:  Yeah, I said
2 you're supposed to give me pictures or whatever, something
3 for me to take.  And I told him to put it on the -- I mean
4 if you want -- I mean I told him if you have something
5 (indiscernible) or I have a flash drive.  But he said that
6 he's got, you know, printed pictures.
7    FEMALE AGENT:  Do you know much about this rally
8 or NCRI or MEK?
9    AHMADREZA MOHAMMADI-DOOSTDAR:  NCRI I don't know
10 what it is, but MEK, yeah, I know, I mean everybody in Iran
11 knows that.  But I mean looking at the pictures, I don't
12 know these people particularly.  I mean (indiscernible) can
13 only see that one.
14    FEMALE AGENT:  Yeah, you can see Hamid.
15    AHMADREZA MOHAMMADI-DOOSTDAR:  That's Hamid,
16 yeah.  You can't really tell who that is, but -- I mean
17 even that one, I don't know.  I mean I don't know who he
18 is.  But I can see (indiscernible).  I mean I don't know
19 them particularly, but I know MEK.
20    FEMALE AGENT:  Mm-hmm.
21    AHMADREZA MOHAMMADI-DOOSTDAR:  I mean in Iran, I
22 mean, to be honest, I don't know anybody who would, you
23 know, like these guys.  It's because, you know, they've
24 killed so many people in Iran.  And during the war that
25 Saddam Hussein had with Iran, like, they took sides with --

Diversified Reporting Services, Inc.
Alexandria, Virginia 22314
Phone: 202-467-9208
Fax: 202-293-1254

Diversified Reporting Services, Inc.
1426 Duke Street
Alexandria, Virginia 22314
(202) 467-9200

1  MALE AGENT: (Indiscernible).
2  AHMADREZA MOHAMMADI-DOOSTDAR: Yeah. And like on
3  TV, like, there are all these, I mean, they all are always
4  show that, you know, show their leader. I know their
5  leader, Massoud Rajavi, I think, his -- they always show
6  him kissing Saddam and then, you know, hand shaking.
7  Kissing isn't -- not --
8  FEMALE AGENT: Yeah.
9  AHMADREZA MOHAMMADI-DOOSTDAR: And, um, so
10  basically they're -- in my opinion they're really hated in
11  Iran. But I didn't know of this rally, I mean the one that
12  Hamid gave me the pictures of.
13  FEMALE AGENT: Mmm. Is Hamid part of MEK?
14  AHMADREZA MOHAMMADI-DOOSTDAR: I have no idea, to
15  be honest. I doubt it. I mean if -- I mean he may
16  (indiscernible) officially -- in the MEK you mean?
17  FEMALE AGENT: Mm-hmm.
18  AHMADREZA MOHAMMADI-DOOSTDAR: I have no idea.
19  FEMALE AGENT: So he --
20  AHMADREZA MOHAMMADI-DOOSTDAR: But I don't think
21  so.
22  FEMALE AGENT: Yeah.
23  AHMADREZA MOHAMMADI-DOOSTDAR: 'Cause he wasn't,
24  I mean, when he was speaking he wasn't speaking good of --
25  FEMALE AGENT: (Indiscernible) yeah. He wanted

1  who knows a lot about MEK.
2          AHMADREZA MOHAMMADI-DOOSTDAR:  As an Iranian I
3  would think that it's -- it's for -- if like these guys are
4  going to travel to Iran, I think that they would harass
5  them probably.  Most definitely.  So that they would, you
6  know, profile the people who work for them.
7          FEMALE AGENT:  Yeah, try to figure out, like,
8  MEK's networks and --
9          AHMADREZA MOHAMMADI-DOOSTDAR:  Yeah, yeah, like,
10 I mean, like, these guys come to the rally they probably
11 work for them.
12         FEMALE AGENT:  (Indiscernible) terrorists, yeah.
13         AHMADREZA MOHAMMADI-DOOSTDAR:  So if they come
14 they would probably arrest them.  So they would want their
15 pictures.  That's what I would assume.
16         FEMALE AGENT:  Are there a lot of MEK in Iran or
17 are they mostly outside Iran?
18         AHMADREZA MOHAMMADI-DOOSTDAR:  Not that I know
19 of.  I don't know them.  I mean I don't know anybody
20 working with MEK in Iran.  I mean even if I know them, I
21 don't now that they're working for the MEK.
22         FEMALE AGENT:  Yeah.
23         AHMADREZA MOHAMMADI-DOOSTDAR:  But in Canada
24 we've -- when I was a kid I'd see them.
25         FEMALE AGENT:  Really?

Diversified Reporting Services, Inc.
Alexandria, Virginia 22314
Phone: 202-467-9208
Fax: 202-293-1254

Diversified Reporting Services, Inc.
1426 Duke Street
Alexandria, Virginia 22314
(202) 467-9200